IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHAD MURRAY & RYAN YARNELL, <br><br> Plaintiff, <br> v. <br><br> J F BLANTON, JR., JIM WINDER & SALT LAKE COUNTY SHERIFF'S DEPARTMENT, <br> Defendant. | REPORT & RECOMMENDATION <br><br> Case No. 2:13-cv-827 <br><br> District Judge Dale A. Kimball <br><br> Magistrate Judge Brooke Wells |

District Judge Dale A. Kimball has referred this case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B).[1] On July 9, 2014, Judge Wells issued her Report and Recommendation in the case.[2] On August 20, 2014, Judge Kimball adopted in part and declined to adopt in part the Report and Recommendation.[3] As a result, the civil rights claims were dismissed but the malicious prosecution claim was allowed to proceed.[4] No other activity has been noted on the docket since August 2014, until Judge Wells issued an Order to Show Cause on July 18, 2016.[5] Judge Wells directed Plaintiffs to respond in writing within fourteen (14) days from the date of that order, to inform the court of the status of the case and the intentions to proceed with the case. The Court warned that "[f]ailure to do so will result in dismissal of the case."[6] No response was ever received by the Court.

Given the foregoing, the Court hereby RECOMMENDS that this case be dismissed.

---

[1] Docket no. 2.
[2] Docket no. 22.
[3] Docket no. 28.
[4] *Id.* at 2.
[5] *See* Docket no. 29.
[6] *Id.*

## **NOTICE**

Copies of this Report and Recommendation are being sent to all parties who are hereby notified of their right to objection.[7] A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which de novo review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any, within fourteen (14) days of being served with a copy thereof. A responsive memorandum and any request for oral argument before the district judge shall be filed within fourteen (14) days after the filing of the objection.

DATED this 9 August 2016.

*Brooke C. Wells*
Brooke C. Wells
United States Magistrate Judge

---

[7] See 28 U.S.C. §636(b)(1).