IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **CHAD MURRAY & RYAN YARNELL,**<br><br>Plaintiff,<br><br>vs.<br><br>**J F BLANTON, JR., ET AL.,**<br><br>**Defendants.** | MEMORANDUM DECISION<br>AND ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br>Case No. 2:13CV827DAK<br><br>Judge Dale A. Kimball |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On August 10, 2016, Magistrate Judge Brooke Wells issued a Report and Recommendation, recommending that Plaintiffs' case be dismissed for failure to respond to the court's Order to Show Cause. The Report and Recommendation notified Plaintiffs that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. Plaintiffs have not filed an objection, and the time for doing so has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the record *de novo* and agrees with Magistrate Judge Wells' recommendation to dismiss the case for failure to prosecute. Accordingly, the court adopts and affirms Magistrate Judge Wells' Report and Recommendation. This case is DISMISSED without prejudice for failure to prosecute.

DATED this 6th day of September, 2016.

                  BY THE COURT:

                  _____
                  DALE A. KIMBALL
                  United States District Judge